# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Byer Clinic of Chiropractic, Ltd., individually and as the representative of a class of similarly-situated persons,

CASE NUMBER: 1:16-cv-05318

V.

ASSIGNED JUDGE: Hon. Rebecca R. Pallmeyer

MARCOAH GROUP USA LLC, NAOUM ZARCADOOLAS, JONATHAN SEGAL and John Does 1-10.

DESIGNATED MAGISTRATE JUDGE: Hon. Michael T. Mason

LEGAL CASE PROCESS SERVICE, LLC

TO: (Name and address of Defendant)

Name/Title: Angela Carrasco

Jonathan Segal
Marcoah Group USA LLC
55 SE 2nd Avenue Ste 306
Delray Beach, FL 33444

Date 8/18/16 Time 4:15 PM

P.S. N G C/S #1526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

August 4, 2016

(By) DEPUTY CLERK                                      DATE

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Illinois

Case Number: 1:16-CV-05318

Plaintiff:
**BYER CLINIC OF CHIROPRACTIC, LTD. individually and as the representative of a class of similarly-situated persons,**

vs.

Defendant:
**MARCOAH GROUP USA, LLC, NAOUM ZARCADOOLAS, JONATHAN SEGAL and John Does 1-10,**

For:
Brian J Wanca
Anderson & Wanca
3701 Algonquin Rd
Suite 500
Rolling Meadows, IL 60008

Received by LEGAL EASE PROCESS SERVICE, LLC. on the 4th day of August, 2016 at 3:28 pm to be served on **Jonathan Segal, Marcoah Group USA LLC, 55 SE 2nd Avenue, Suite 306, Delray Beach, FL 33444.**

I, Naomi Green, do hereby affirm that on the **18th day of August, 2016** at **4:15 pm,** I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Case and First Amended Class Action Complaint and Exhibit "A" and Notice of Motion and Plaintiff's First Amended "Damasco" Motion for Class Certification and Request for Status Conference** with the date and hour of service endorsed thereon by me, to: **Angela Carrasco** as **General Manager of Virtual Office**, a person employed therein and authorized to accept service for **Jonathan Segal,** at the address of: **55 SE 2nd Avenue, Suite 306, Delray Beach, FL 33444**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
8/18/2016 4:15 pm Attempted Service at given address. This is a virtual office. General Manager Angela Carrasco confirmed Janathan Segal of Marcoah Group is doing business at this location.
(b) If the address for the registered agent, officer, director, or principal place of business is a residence, a private mailbox, a virtual office, or an executive office or mini suite, service on the corporation may be made by serving the registered agent, officer, or director in accordance with s. 48.031.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

Naomi Green
CPS # 1526

**LEGAL EASE PROCESS SERVICE, LLC.**
**10501 N.W. 17th. St.**
**Plantation, FL 33322**
**(954) 667-3783**

Our Job Serial Number: GLD-2016019832

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/18/16 |
|---|---|
| NAME OF SERVER (PRINT) Naomi Green | TITLE Cert. Process Server #1528 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Virtual office, Angela Carrasco
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/16
              Date                 Signature of Server

PO Box #324, Lake Worth, FL 33460
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.