UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Byer Clinic of Chiropractic, Ltd.
                              Plaintiff,

v.                                              Case No.: 1:16–cv–05318
                                              Honorable Rebecca R. Pallmeyer

Marcoah Group USA LLC, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 12, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Notice, the above cause is voluntarily dismissed without prejudice. Status hearing set for 12/14/2016 stricken. Motion to certify class [15] stricken as moot. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.